UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DARYL MURRAY, | : | HONORABLE JOSEPH E. IRENAS |
| Plaintiff, | : | CIVIL ACTION NO. 09-5403 (JEI/AMD) |
| v. | : | **ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (Docket # 75)** |
| BEVERAGE DISTRIBUTION CENTER, INC., et al., | : | |
| Defendants. | : | |

**APPEARANCES:**

DARYL MURRAY, *Plaintiff pro se*
2 Bell Lane
Burlington, New Jersey 08016

BLANK ROME, LLP
By: Anthony B. Haller, Esq.
    Jennifer Hale Eagland, Esq.
    Terry D. Johnson, Esq.
301 Carnegie Center, 3rd Floor
Princeton, New Jersey 08540
        Counsel for Defendants Beverage Distribution Center,
        Inc.; Jeffrey Honickman; Gwen Dolceamore; Jeffrey M.
        Stanley; Lewis I. Gantman; Santo Bonanno; and Walt
        Wilkinson

**IRENAS**, Senior District Judge:

   This matter having appeared before the Court upon Defendants' Motion for Summary Judgment (Docket #75), the Court having considered the submissions of the parties and having heard oral argument on November 22, 2010, for the reasons set forth in an Opinion issued on even date herewith, which findings of fact and conclusions of law are incorporated herein by reference,

And for good cause shown,

**IT IS** on this 23rd day of November, 2010,

    **ORDERED THAT:**

(1) Defendants' Motion for Summary Judgment (Docket #75) is hereby **GRANTED.**

(2) The Clerk of Court is hereby directed to **CLOSE THIS FILE.**


                                                  s/ Joseph E. Irenas  
                                                JOSEPH E. IRENAS  
                                                Senior United States District Judge