```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

DARYL MURRAY,                    :      HONORABLE JOSEPH E. IRENAS
                                 :
        Plaintiff,                :      CIVIL ACTION NO. 09-5403 (JEI/AMD)
                                 :
    v.                            :      **ORDER DENYING PLAINTIFF'S MOTION**
                                 :      **TO ALTER THE JUDGMENT (Docket #98);**
BEVERAGE DISTRIBUTION             :      **DENYING DEFENDANTS' MOTION FOR**
CENTER, INC., et al.,             :      **SANCTIONS (Docket #101); AND**
                                 :      **DENYING DEFENDANTS' MOTION FOR**
        Defendants.               :      **INJUNCTIVE RELIEF (Docket #100)**


**APPEARANCES:**

DARYL MURRAY, *Plaintiff pro se*
2 Bell Lane
Burlington, New Jersey 08016

BLANK ROME, LLP
By:  Anthony B. Haller, Esq.
     Jennifer Hale Eagland, Esq.
301 Carnegie Center, 3rd Floor
Princeton, New Jersey 08540
        Counsel for Defendants Beverage Distribution Center, Inc.;
        Jeffrey Honickman; Gwen Dolceamore; Jeffrey M. Stanley;
        Lewis I. Gantman; Santo Bonanno; and Walt Wilkinson


**IRENAS**, Senior District Judge:

This matter having appeared before the Court upon Plaintiff's Motion to Alter the Judgment / Motion for Reconsideration (Docket #98), Defendants' Motion for Sanctions (Docket #101), and Defendants' Motion for Injunctive Relief (Docket #100); the Court having considered the submissions of the parties, and oral argument having been heard on February 10, 2011,

**IT IS** on this 14th day of February, 2011,

   **ORDERED THAT:**

(1) Plaintiff's Motion to Alter the Judgment / Motion for Reconsideration (Docket #98) is hereby **DENIED.**

(2) Defendants' Motion for Sanctions (Docket #101) is hereby **DENIED.**

(3) Defendants' Motion fo Injunctive Relief (Docket # 100) is hereby **DENIED.**

                                                              s/ Joseph E. Irenas  
                                                              JOSEPH E. IRENAS  
                                                              Senior United States District Judge